# Court of Appeals
# of the State of Georgia

ATLANTA, January 10, 2013

*The Court of Appeals hereby passes the following order*

**A13D0172. VIRGINIA JONES v. AEL FINANCIAL LLC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

11V527



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 10, 2013.*

*I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*